IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DYLAN RUSHING, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>MCALISTER'S FRANCHISOR SPV LLC, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Case No. 22-cv-649-SMY<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order dismissing Aggressive Developments of Missouri, LLC on February 14, 2023 (Doc. 24), the parties' Joint Stipulation of Dismissal (Doc. 39) and the Order of Dismissal (Doc. 40), the Plaintiff's claims are **DISMISSED WITH PREJUDICE** and the claims of the putative class members are **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** October 20, 2023

MONICA A. STUMP,
Clerk of Court

By: s/Stacie Hurst, Deputy Clerk

**Approved:**

_____
**STACI M. YANDLE**
**United States District Judge**